NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM OSCAR HARRIS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5005

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00069-VJW, Judge Victor J. Wolski.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

William Oscar Harris moves for reconsideration of this court's June 4, 2014 order denying his motion for leave to proceed in forma pauperis. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                    HARRIS v. US


   The motion for reconsideration is denied.  If Harris does not pay the filing fee within 21 days of the date of this order, his appeal will be dismissed.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s24